CLOSED, TRANSFER

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01619-ILRL-JCW
### Internal Use Only

Baker et al v. Pfizer Inc. et al  
Assigned to: Judge Ivan L. R. Lemelle  
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr  
Cause: 00:0000 Cause Code Unknown  

Date Filed: 04/06/2007  
Date Terminated: 05/31/2007  
Jury Demand: Defendant  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Patsy Baker**     represented by     **Jeffrey J. Lowe**
Jeffrey J. Lowe, P.C.
8235 Forsyth Blvd.
Ste. 1100
St. Louis, MO 63105
314-678-3400
Email: jeff@jefflowepc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
Schaeffer & Lamere, PC
5512 Godfrey Rd.
Ste. B
Godfrey, IL 62035
618-467-8200

**Evan D. Buxner**
Walther Glenn Law Associates
10 S. Brentwood Blvd.
Ste. 102
St. Louis, MO 63105
314-678-3400

**Francis J. Flynn**
Jeffrey J. Lowe, P.C.
8235 Forsyth Blvd.
Ste. 1100
St. Louis, MO 63105
314-678-3400
Email: casey@jefflowepc.com
*ATTORNEY TO BE NOTICED*

**John J. Carey**
Carey & Danis, LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105
(314) 725-7700
Email: jcarey@careydanis.com
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
Carey & Danis, LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105
(314) 725-7700



CLERK'S OFFICE
A TRUE COPY
JUN 11 2007
Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.

Email: jdanis@careydanis.com
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
Schaeffer & Lamere, PC
5512 Godfrey Rd.
Ste. B
Godfrey, IL 62035
618-467-8200

**Plaintiff**

**Donald Clarke**     represented by **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
(See above for address)

**Evan D. Buxner**
(See above for address)

**Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

**Santos Castaneda**     represented by **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
(See above for address)

**Evan D. Buxner**
(See above for address)

**Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

Harry Allen      represented by    **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Andrea B. Lamere**
(See above for address)

        **Evan D. Buxner**
(See above for address)

        **Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **T. Evan Schaeffer**
(See above for address)

**Plaintiff**

Ruthie Downs      represented by    **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Andrea B. Lamere**
(See above for address)

        **Evan D. Buxner**
(See above for address)

        **Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **T. Evan Schaeffer**
(See above for address)

**Plaintiff**

Robert Diegel      represented by    **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Andrea B. Lamere**
(See above for address)

                                                      Evan D. Buxner
                                                      (See above for address)

                                                      Francis J. Flynn
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      John J. Carey
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                     Joseph P. Danis
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                   T. Evan Schaeffer
                                                   (See above for address)

**Plaintiff**

**Theresa Dodd**                                   represented by  **Jeffrey J. Lowe**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Andrea B. Lamere**
                                                   (See above for address)

                                                   **Evan D. Buxner**
                                                   (See above for address)

                                                   **Francis J. Flynn**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **John J. Carey**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Joseph P. Danis**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **T. Evan Schaeffer**
                                                   (See above for address)

**Plaintiff**

**Anthony Hutchinson**                       represented by  **Jeffrey J. Lowe**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Andrea B. Lamere**
                                                   (See above for address)

                                                   **Evan D. Buxner**
                                                   (See above for address)

                                                   **Francis J. Flynn**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **John J. Carey**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

**Louise James**	represented by	**Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
(See above for address)

**Evan D. Buxner**
(See above for address)

**Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

**Shirley Beck**	represented by	**Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
(See above for address)

**Evan D. Buxner**
(See above for address)

**Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

Patty Bird     represented by     **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
(See above for address)

**Evan D. Buxner**
(See above for address)

**Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

Dora Garcia-Galbaldon     represented by     **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
(See above for address)

**Evan D. Buxner**
(See above for address)

**Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

Lora Mason     represented by     **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
(See above for address)

                                      **Evan D. Buxner**
(See above for address)

**Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

**John Carroll**                represented by  **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
(See above for address)

**Evan D. Buxner**
(See above for address)

**Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

**Michael Petrus**           represented by  **Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea B. Lamere**
(See above for address)

**Evan D. Buxner**
(See above for address)

**Francis J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Carey**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Danis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Evan Schaeffer**
(See above for address)

**Plaintiff**

**John McCauley**                    represented by **Jeffrey J. Lowe**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Andrea B. Lamere**
                                                   (See above for address)

                                                   **Evan D. Buxner**
                                                   (See above for address)

                                                   **Francis J. Flynn**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **John J. Carey**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Joseph P. Danis**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **T. Evan Schaeffer**
                                                   (See above for address)

V.

**Defendant**

**Pfizer Inc.**                      represented by **Quentin F. Urquhart, Jr.**
                                                   Irwin Fritchie Urquhart & Moore LLC
                                                   400 Poydras St.
                                                   Suite 2700
                                                   New Orleans, LA 70130
                                                   504-310-2107
                                                   Fax: 504-310-2101
                                                   Email: qurquhart@irwinllc.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Camala E. Capodice**
                                                   Irwin Fritchie Urquhart & Moore LLC
                                                   400 Poydras St.
                                                   Suite 2700
                                                   New Orleans, LA 70130
                                                   504-310-2100
                                                   Email: ccapodice@irwinllc.com
                                                   *ATTORNEY TO BE NOTICED*

                                                   **John W. Sinnott**
                                                   Irwin Fritchie Urquhart & Moore LLC

400 Poydras St.
Suite 2700
New Orleans, LA 70130
504-310-2100
Email: jsinnott@irwinllc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**     represented by **Quentin F. Urquhart, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Camala E. Capodice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W. Sinnott**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2007 | 1 | COMPLAINT against Pfizer Inc., Pharmacia Corporation (Filing fee $ 350.) filed by all plaintiffs. (Attachments: # 1 Civil Cover Sheet)(lag, ) (Entered: 04/10/2007) |
| 04/06/2007 | 2 | Summons Issued as to Pfizer Inc., Pharmacia Corporation. (lag, ) (Entered: 04/10/2007) |
| 05/09/2007 | 3 | ANSWER to Complaint with Jury Demand by Pfizer Inc., Pharmacia Corporation.(Capodice, Camala E.) (Entered: 05/09/2007) |
| 05/09/2007 | 4 | Statement of Corporate Disclosure by Pfizer Inc., Pharmacia Corporation identifying Pfizer as Corporate Parent. (Capodice, Camala E.) (Entered: 05/09/2007) |
| 05/14/2007 | 5 | SUMMONS Returned Executed; Pharmacia Corporation served on 4/20/2007, answer due 5/10/2007. (lag, ) (Entered: 05/15/2007) |
| 05/14/2007 | 6 | SUMMONS Returned Executed; Pfizer Inc. served on 4/20/2007, answer due 5/10/2007. (lag, ) (Entered: 05/15/2007) |
| 05/15/2007 | 7 | Notice of Conditional Transfer Order to MDL regarding MDL 1699. (Attachments: # 1 Transfer Letter) (lag, ) (Entered: 05/21/2007) |
| 05/31/2007 | 8 | Order of MDL Transfer to District of Northern California. MDL case number is 1699. Electronic file, certified copy of transfer order, and docket sheet sent. (Attachments: # 1 Transfer Letter)(lag, ) (Entered: 06/11/2007) |