## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **This pleading applies to:**<br><br>The case of Stephen Baron on <u>Stephen Baron v. Pfizer Inc et al</u>, 3:06-cv-07100-CRB<br><br>The case of Gardell Branch on <u>Linda Lile et al v. Pfizer Inc et al</u>, 3:06-cv-07518-CRB<br><br>The cases of Marilyn McCandles and Barbara Okey on <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, 3:06-cv-07742-CRB<br><br>Dorothy Mansell, Otis Sexton, John Moore, Mary Hayden on <u>Margaret Sturges et al v. Pfizer Inc. et al</u>, 3:07-cv-00290-CRB<br><br>Harry Weir on <u>Milton Rainbolt et al v. Pfizer Inc et al</u> 3:07-cv-03062-CRB<br><br>Shirley Beck and Michael Petrus on <u>Patsy Baker et al v. Pfizer Inc et al</u> 3:07-cv-03211-CRB<br><br>Ella Wilson on <u>Wayne Adamson et al v. Pfizer Inc et al</u>, 3:07-cv-00288-CRB | **MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** |

### STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties who have appeared in the above identified actions through their designated counsel that the cases against the Bextra/Celebrex defendants (**Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC**) brought by: (1) Stephen Baron on <u>Stephen Baron v. Pfizer Inc et al</u>, 3:06-cv-07100-CRB; (2) Gardell Branch on <u>Linda Lile et al v. Pfizer Inc et al</u>, 3:06-cv-07518-CRB ; (3) Marilyn McCandles and Barbara Okey on <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, 3:06-cv-07742-CRB; (4) Dorothy Mansell, Otis Sexton, John Moore, Mary

Hayden on <u>Margaret Sturges et al v. Pfizer Inc. et al</u>, 3:07-cv-00290-CRB; (5) Harry Weir on <u>Milton Rainbolt et al v. Pfizer Inc et al</u> 3:07-cv-03062-CRB; (6) Shirley Beck and Michael Petrus on <u>Patsy Baker et al v. Pfizer Inc et al</u> 3:07-cv-03211-CRB; and (7) Ella Wilson on <u>Wayne Adamson et al v. Pfizer Inc et al</u>, 3:07-cv-00288-CRB are VOLUNTARILY DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs. If plaintiffs so identified in the above style master are to refile their actions, plaintiffs can only do so in federal court. Plaintiffs cases in the above styled action remain pending against Merck for Vioxx-related injuries.

GORDEN & REES

By: /s/Stuart M. Gordon
Stuart M. Gordon
275 Battery St., 20th Floor
Suite 200
San Francisco, CA 94111
415-986-5900
415-896-8054
Attorney for Defendants

JEFFREY J. LOWE, PC

By: /s/Jeffrey J. Lowe

Jeffrey J. Lowe    #10538
Francis J. "Casey" Flynn #118147
Attorney for Plaintiff
8235 Forsyth, Suite 1100
  St. Louis, Missouri 63105
  (314) 678-3400
Fax: (314) 678-3401
John Carey
Joseph P. Danis
David Bauman
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.

5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **This pleading applies to:** <br><br> The case of Stephen Baron on <u>Stephen Baron v. Pfizer Inc et al</u>, 3:06-cv-07100-CRB <br><br> The case of Gardell Branch on <u>Linda Lile et al v. Pfizer Inc et al</u>, 3:06-cv-07518-CRB <br><br> The cases of Marilyn McCandles and Barbara Okey on <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, 3:06-cv-07742-CRB <br><br> Dorothy Mansell, Otis Sexton, John Moore, Mary Hayden on <u>Margaret Sturges et al v. Pfizer Inc. et al</u>, 3:07-cv-00290-CRB <br><br> Harry Weir on <u>Milton Rainbolt et al v. Pfizer Inc et al</u> 3:07-cv-03062-CRB <br><br> Shirley Beck and Michael Petrus on <u>Patsy Baker et al v. Pfizer Inc et al</u> 3:07-cv-03211-CRB <br><br> Ella Wilson on <u>Wayne Adamson et al v. Pfizer Inc et al</u>, 3:07-cv-00288-CRB | **MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation,

(1) Stephen Baron's on <u>Stephen Baron v. Pfizer Inc et al</u>, 3:06-cv-07100-CRB; (2) Gardell Branch's on <u>Linda Lile et al v. Pfizer Inc et al</u>, 3:06-cv-07518-CRB ; (3) Marilyn McCandles' and Barbara Okey's on <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, 3:06-cv-07742-CRB; (4) Dorothy Mansell's, Otis Sexton's, John Moore's, Mary Hayden's on <u>Margaret Sturges et al v. Pfizer Inc. et al</u>, 3:07-cv-00290-CRB; (5) Harry Weir's on <u>Milton Rainbolt et al v. Pfizer Inc et al</u> 3:07-cv-03062-CRB; (6) Shirley Beck's and Michael Petrus' on <u>Patsy Baker et al v. Pfizer Inc</u>

et al 3:07-cv-03211-CRB; and (7) Ella Wilson's on <u>Wayne Adamson et al v. Pfizer Inc et al</u>, 3:07-cv-00288-CRB claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.

SIGNED: October 19, 2007



United States District Judge Charles R. Breyer