1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND | Case No. : 07-3211 CRB |
| 13 PRODUCT LIABILITY LITIGATION | MDL NO. 1699 |
|  | District Judge: Charles R. Breyer |
| 14 |  |
| 15 Patsy Baker, et al., |  |
| 16               Plaintiffs | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 vs. |  |
| 18 Pfizer Inc, et al., |  |
| 19               Defendants. |  |

20

21    Come now the Plaintiffs Santos Castaneda, Harry Allen, Ruthie Downs, Robert Diegel,

22 Theresa Dodd, Anthony Hutchinson, Louise James, Dora Garcia-Galbaldon, John Carroll, and

23 Johnny McCauley in the above-entitled action and Defendants, by and through the undersigned

24 attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

25 dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side

26 bearing its own attorneys' fees and costs.

27

28

-1-

DATED: 1/15, 2010    By: [signature]

John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905

*Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010    [signature]

Hon. Charles R. Breyer
United States District Court

-2-